### Jay PALMER, et al.,
**Plaintiffs–Appellants,**

v.

### BRG OF GEORGIA, INC., a Georgia Corporation, d/b/a BAR/BRI, et al.,
**Defendants–Appellees.**

**No. 87–8804.**

United States Court of Appeals,
Eleventh Circuit.

April 18, 1991.

John C. Butters, Atlanta, Ga., James Ponsoldt, Athens, Ga., for plaintiffs-appellants.

Trammell Newton, Jones, Day, Reavis & Pogue, Kevin E. Grady, Alston & Bird, Atlanta, Ga., for defendants-appellees.

### ON REMAND FROM THE SUPREME COURT OF THE UNITED STATES

Before HATCHETT and CLARK, Circuit Judges, and FITZPATRICK *, District Judge.

PER CURIAM:

In light of *Palmer et al. v. BRG of Georgia, Inc. et al.,* —— U.S. ——, 111 S.Ct. 401, 112 L.Ed.2d 349 (1990), this case is remanded to the district court for further proceedings consistent with the holding and footnote seven of that opinion.

REVERSED and REMANDED.